UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAHEEK BIN ISLAM.,

Plaintiff,

-against-

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES.,

Defendant.

26 CIVIL 03682 (ER)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 14, 2026, Defendant's motion for summary judgment is GRANTED, and Plaintiff's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
September 15, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**